**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02849-STV **RESTRICTED CASE**

UNITED STATES OF AMERICA, ex rel.
BLACK ARROW STRATEGIES,

Plaintiff/Relator,

v.

INTREPID POTASH, INC.,

Defendant.

---

**ORDER**

---

On this 28th day of September, 2026, the United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that,

1. the parties shall serve all pleadings and motions filed in this action upon the United States, the parties shall serve all notices of appeal upon the United States, and all orders of this Court shall be sent to the United States;
2. the United States may order any deposition transcripts in this action;
3. the United States may seek to intervene in this action, for good cause, at any time; and
4. should the relator propose that this action be voluntarily dismissed, the Court will solicit the written consent of the United States before ruling or granting its approval.

BY THE COURT

United States District Court