# UNITED STATES DISTRICT COURT

for the
District of Colorado

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA ex rel. BLACK ARROW STRATEGIES LLC**<br>*Plaintiff*<br>v.<br>**INTREPID POTASH, INC.**<br>*Defendant* | ) | Civil Action No. 1:26-cv-02849 |

## AFFIDAVIT OF SERVICE

I, Jason Newberger, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Intrepid Potash, Inc. c/o Corporation Service Company in Arapahoe County, CO on October 2, 2026 at 1:33 pm at 1900 W Littleton Blvd, Littleton, CO 80120-2023 by leaving the following documents with Shannon White who as Clerk at CSC is authorized by appointment or by law to receive service of process for Intrepid Potash, Inc. c/o Corporation Service Company.

Summons in a Civil Action, Proof of Service
False Claims Act Complaint
Race: White, Sex: Female, Est. Age: 35-44, Hair: Blonde, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=39.6126819,-105.0105625
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in
Douglas County,
CO on 10/2/2026.

/s/ Jason Newberger
Signature
Jason Newberger
+1 (303) 579-6521


Exhibit 1a)
1900